UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:09-M-1007

UNITED STATES OF AMERICA )
)
v. ) ORDER
)
DELPHENE MARIE COLEMAN )

The Government's motion is hereby granted. The case is dismissed.

March 23 2011
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE